UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN WOODWORTH,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br>　　　　　Defendant. | CIVIL NO. 1:21-cv-00159-SKO<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF**<br><br>(Doc. 22) |

For good cause appearing, IT IS HEREBY ORDERED that the unopposed Motion for Extension of Time for Defendant Respond to Plaintiff's Opening Brief (Doc. 22) is hereby GRANTED. Defendant shall file a response on or before **August 31, 2022**. All other deadlines set forth in the Scheduling Order (Doc. 14) shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**August 5, 2022**__          ____/s/ *Sheila K. Oberto*____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE